## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| A. K., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No. 03:08-CV-698 |
| ) | |
| BOARD OF EDUCATION OF O'FALLON ) | |
| TOWNSHIP HIGH SCHOOL DISTRICT 203, ) | |
| ) | |
|     Defendant. ) | |

### AGREED ORDER

1. Defendant's oral motion for leave to add Mary Jane Kenyon as a party plaintiff, both individually and as next friend of A.K., is allowed.

2. The Court finds that it has subject matter jurisdiction over this action and personal jurisdiction over the parties.

3. The temporary restraining entered in this matter on September 29, 2008, by the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, is hereby dissolved.

4. The Board of Education shall proceed with an evaluation of A.K. consistent with the *Individuals with Disabilities Act,* 20 U.S.C. §1401 *et seq*.

5. Plaintiff's oral motion to voluntarily dismiss pursuant to Rule 41(a), with prejudice, is hereby allowed. All pending motions are moot.

AGREED:

| | |
|---|---|
| | /s/ Stephanie E. Jones |
| For Plaintiffs | For Defendant |
| Mary Jane Kenyon and A.K. | Board of Education of Township High |
| | School District No. 203, St. Clair |
| County, | Illinois |

The terms as set out above were recited in open court and the parties each affirmed their assent to the terms as above set out. The Court finds the terms to be just and reasonable, in the best interest of the minor herein and negotiated in good faith.

ENTER:

Date: October 3, 2008

/s/      *DavidRHerndon*

Chief Judge
United States District Court Judge